In the Matter of GARY WILSON, Respondent, v WALTER

R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed. Same memorandum as in *Matter of Howard v Kelly* (115 AD2d 1011). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J.—art 78.) Present—Dillon, P. J., Denman, Green, O'Donnell and Schnepp, JJ.